No. 1308. PEOPLE, APPELLEE, *v.* LÓPEZ, APPELLANT.—Violation of the Weights and Measures Act.  San Juan, Section 2.  November 21, 1918.  *Affirmed.*

No. 1299. PEOPLE, APPELLEE, *v.* MARTÍNEZ ET AL., APPELLANTS.—Assault and battery.  San Juan, Section 2.  November 22, 1918.  *Affirmed.*

No. 1315. PEOPLE, APPELLEE, *v.* TORRES, APPELLANT.—Embezzlement.  Guayama.  November 22, 1918.  *Affirmed.*

No. 1316. PEOPLE, APPELLEE, *v.* TORRES, APPELLANT.—Embezzlement.  Guayama.  November 22, 1918.  *Affirmed.*

No. 1317. PEOPLE, APPELLEE, *v.* TORRES, APPELLANT.—Embezzlement.  Guayama.  November 22, 1918.  *Affirmed.*

No. 1294. PEOPLE, APPELLEE, *v.* SUÁREZ, APPELLANT.—Violation of section 288 of the Penal Code.  San Juan, Section 2.  November 25, 1918.  *Reversed.*

No. 1318. PEOPLE, APPELLEE, *v.* ENRIQUE, APPELLANT.—Violation of section 18 of Joint Resolution No. 5 of the Executive Council, approved April 12, 1918.  Guayama.  November 25, 1918.  *Affirmed.*

No. 1678. CRUZ, APPELLANT, *v.* DOE ET AL., UNKNOWN HEIRS OF ANGEL HIDALGO, APPELLEES.—Filiation.  Humacao.  November 26, 1918.  *Reconsideration denied.*